

RECEIVED
AUG 15 2023
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:23-cr-104 |
| v. | SUPERSEDING INDICTMENT |
| DEADRIAN MAURICE NELSON, also known as "Shiesty" and "D," and JOHNETTA MARIE STRODE, | T. 18 U.S.C. § 922(a)(6) T. 18 U.S.C. § 922(g)(1) T. 18 U.S.C. § 922(g)(3) T. 18 U.S.C. § 924(a)(1)(A) |
| Defendants. | T. 18 U.S.C. § 924(a)(2) T. 18 U.S.C. § 924(a)(8) T. 18 U.S.C. § 932(b)(1) T. 18 U.S.C. § 932(c)(1) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Straw Purchasing Conspiracy)

On or about July 9, 2022, in the Southern District of Iowa, the defendant, JOHNETTA MARIE STRODE, conspired with another person known to the Grand Jury, to knowingly purchase a firearm, namely: a Glock, model 23, .40 caliber pistol, with serial number BVLD663, in or otherwise affecting commerce for, on behalf of, or at the request or demand of DEADRIAN MAURICE NELSON, also known as "Shiesty" and "D", knowing or having reasonable cause to believe that DEADRIAN MAURICE NELSON, also known as "Shiesty" and "D", had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year and was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Section 932(b)(1) and 932(c)(1).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 2**</u>
**(False Statement During Purchase of a Firearm)**

On or about July 9, 2022, in the Southern District of Iowa, the defendant, JOHNETTA MARIE STRODE, in connection with the acquisition of a firearm, namely: a Glock, model 23, .40 caliber pistol, with serial number BVLD663, from Scheels All Sport in West Des Moines, Iowa, a licensed dealer of firearms, knowingly made a false and fictitious written statement which was intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of said firearm. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(False Statement During Purchase of a Firearm)**

On or about July 9, 2022, in the Southern District of Iowa, the defendant, JOHNETTA MARIE STRODE, knowingly made a false statement and representation to Scheels All Sport in West Des Moines, Iowa, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Scheels All Sport in West Des Moines, Iowa. Specifically, the defendant falsely represented on Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473: (1) in response to Question 21.a., that she was the actual transferee/buyer of the firearm listed on the form; and (2) in response to Question 21.e., that she was not an unlawful user of, or addicted to, any controlled substance, including marijuana.

This is a violation of Title 18, United States Code, Section 924(a)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 4
**(Prohibited Person in Possession of a Firearm)**

Between on or about February 9, 2023, and on or about February 17, 2023, in the Southern District of Iowa, the defendant, DEADRIAN MAURICE NELSON, also known as "Shiesty" and "D," in and affecting commerce, knowingly possessed a firearm, namely: a Glock, model 45, nine-millimeter pistol, with serial number BYCN756. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year and knew he was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 5
**(Prohibited Person in Possession of a Firearm)**

On or about June 7, 2023, in the Southern District of Iowa, the defendant, DEADRIAN MAURICE NELSON, also known as "Shiesty" and "D," in and affecting commerce, knowingly possessed a firearm, namely: a loaded Sig Sauer, model P365, nine-millimeter pistol, with serial number 66F367559. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year and knew he was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(1), 922(g)(3), and 924(a)(8).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 6</u><br>
(Unlawful User in Possession of a Firearm)

On or about June 7, 2023, in the Southern District of Iowa, the defendant, JOHNETTA MARIE STRODE, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Smith and Wesson, model M&P, .40 caliber pistol, with serial number HSX2206. At the time of the offense, the defendant knew she was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

THE GRAND JURY FURTHER CHARGES:

## COUNT 7
(Unlawful User in Possession of a Firearm)

On or about July 20, 2023, in the Southern District of Iowa, the defendant, JOHNETTA MARIE STRODE, in and affecting commerce, knowingly possessed a firearm, namely: a loaded Ruger, model Security 9, nine-millimeter pistol, with serial number 383-30080. At the time of the offense, the defendant knew she was an unlawful user of, or addicted to, a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _KM Herrera_
Kristin M. Herrera
Mallory E. Weiser
Assistant United States Attorneys